RUBEN BRAUNSTEIN and Another, Respondents, v. JACOB SIEGEL and Another, Appellants.— Judgment and order affirmed, with costs. All concur.

MANTON M. WYVELL, Respondent, v. CLARE WILLARD, Appellant.— Judgment and orders affirmed, with costs. All concur.

MARGARET FORD, as Administratrix, etc., of WILLIAM FORD, Deceased, Respondent, v. JOHN BARTON PAYNE, Director-General of Railroads, as Agent,* Appellant.— Judgment and order affirmed, with costs. All concur.

BLANCHARD STORAGE CO., INC., Respondent, v. WILLIAM M. GOLDSMITH, Appellant.— Judgment affirmed, with costs. All concur.

NORMAN B. HARRINGTON, Respondent, v. HAMILTON B. WILLS & COMPANY, LTD., Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

WILLIAM B. MACDONALD, Respondent, v. HAMILTON B. WILLS & COMPANY, LTD., Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

DELLA THOMAS, Respondent, v. BUFFALO COLUMBUS HOSPITAL, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

WILLIAM F. HOLZER, Respondent, v. DODGE BROTHERS, Appellant.— Motion for leave to appeal to Court of Appeals granted, and questions for review certified.

EDWARD L. CARPENTER, Appellant, v. ELMER BENSON, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

SABIN C. SCHUMMERS, Appellant, v. JOSEPH B. MARTIN, Respondent.— Motion for reargument denied, with ten dollars costs.

JENNIE DRAPER, as Executrix, etc., Respondent, v. GEORGE H. BULLOCK, as Receiver, etc., Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

CHARLES C. HOPKINS, Respondent, v. LINCOLN TRUST COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals granted, and questions for review certified.

THOMAS COSGROVE, Appellant, v. DELAWANDA DEVELOPMENT COMPANY, INC., and Others, Respondents.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Appraisal of the Estate of EDMUND LYON, Deceased.— Motion for leave to appeal to Court of Appeals granted, and question for review certified.

GEORGE M. JANES, Respondent, v. JOHN P. H. JANES, Respondent. WILLIAM F. JANES and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

---

*See Transportation Act, 1920 (41 U. S. Stat. at Large, 461), § 206; Pres. Proc. March 11, 1920, and May 14, 1920, 41 id. 1789, 1794. See, also, Federal Employers' Liability Act, 35 U. S. Stat. at Large, 65, chap. 149, as amd. by 36 id. 291, chap. 143.— [REP.